```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 17108
    ONDRIA D PHILLIPS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2673

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 12/24/2006 and was confirmed 06/25/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 10/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
EMC MORTGAGE               CURRENT MORTG          .00            .00            .00
EMC MORTGAGE               MORTGAGE ARRE     21261.28            .00            .00
CITIFINANCIAL AUTO CREDI   UNSEC W/INTER     11099.36            .00            .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER      3403.77            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER       300.00            .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY           1447.89            .00            .00
ILLINOIS DEPT OF REVENUE   UNSEC W/INTER       106.88            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        2,333.00                       2,253.02
TOM VAUGHN                 TRUSTEE                                             166.98
DEBTOR REFUND              REFUND                                                 .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                2,420.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                              2,253.02
TRUSTEE COMPENSATION                          166.98
DEBTOR REFUND                                    .00
                       ---------------    ---------------
TOTALS                 2,420.00             2,420.00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 17108 ONDRIA D PHILLIPS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE